IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAY CURTIS**                                                                                  **PLAINTIFF**

**v.**                                          **No. 4:11-cv-195 KGB**

**ARKANSAS STATE PLANT BOARD**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order entered on July 15, 2013, plaintiff Ray Curtis's claims under 42 U.S.C. § 2000e (Title VII of the Civil Rights Act of 1964, as amended), 42 U.S.C. § 1983, and the Fourteenth Amendment to the United States Constitution and his state-law breach of contract claims against his former employer, the Arkansas State Plant Board, are dismissed with prejudice. The Clerk is directed to close this case.

SO ORDERED this 16th day of July, 2013.

_____
Kristine G. Baker
United States District Judge